EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2002

at 12 o'clock and 30 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR. NO. CR02-00029 SOM |
| Plaintiff,    ) | |
| ) | INDICTMENT |
| v.                                   ) | |
| ) | [18 U.S.C. § 2113(a)] |
| CRIS S. VELASQUEZ,                   ) | |
| Defendant.   ) | |

INDICTMENT

The Grand Jury charges:

On or about January 14, 2002, in the District of Hawaii, Defendant CRIS S. VELASQUEZ did, by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of

American Savings Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: \_\_\_\_\_1/23\_\_\_\_\_, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. CHRIS S. VELASQUEZ
Cr. No. _____
"Indictment"

2