**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2004

at 3 o'clock and 3 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. CR 02-00029SOM-01 |
| Plaintiff, | ) | |
| | ) | IN RE. REQUEST FOR COURSE |
| v. | ) | OF ACTION, FILED ON |
| | ) | OCTOBER 15, 2004 |
| CRIS S. VELASQUEZ, | ) | |
| | ) | ORDER MODIFYING CONDITIONS |
| Defendant | ) | OF SUPERVISED RELEASE |
| | ) | |

<u>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE</u>

On October 28, 2004 and November 4, 2004, a hearing was held before the Court to address the above-named defendant's alleged violation of supervised release, as outlined in the Request for Course of Action filed on October 15, 2004. At the hearings, the defendant was present with his attorney, Assistant Federal Public Defender Michael A. Weight, and Assistant U.S. Attorney Wes Reber Porter was present on behalf of the United States of America. The defendant admitted that he violated his supervised release on September 24, 2004 and September 29, 2004, when he failed to follow instructions of the probation officer, in violation of Standard Condition No. 3. As a result, the Court found that the defendant violated the conditions of his supervised release and moved to modify the conditions of supervision.

IT IS HEREBY ORDERED that the defendant's conditions of supervised release be modified as follows:

5.    Upon release from custody, the defendant shall spend one night at the Institute for Human Services Men's Shelter (IHS) at 350 Sumner Street in Honolulu. On the day immediately after his release, the defendant shall

39

submit himself to be transported to the Veterans Administration Homeless Program facility at Barber's Point.  On that day, the defendant shall meet his probation officer at IHS at 8:30 a.m.  The defendant shall also apply for admission into the dual diagnosis treatment program at Tripler Army Medical Hospital and shall participate in the program until he is clinically discharged.  If the defendant discontinues his residence at the Veterans Administration facility or is discharged from the dual diagnosis program at Tripler Army Medical Hospital for any reason, he shall immediately contact his probation officer.

The defendant was immediately released from custody and continued on supervised release with the added condition.

Considered and ordered this 5th day of November, 2004, and ordered filed and made a part of the records in the above case.

_____
SUSAN OKI MOLLWAY
U.S. District Judge

Approved as to form:

_____
WES REBER PORTER
Assistant U.S. Attorney

_____
MICHAEL A. WEIGHT
Assistant Federal Public Defender

United States v. CRIS S. VELASQUEZ (01)
CR. No. CR 02-00029SOM-01
"Order Modifying the Conditions
  of Supervised Release"