# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/20/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00029SOM |
| CASE NAME: | USA vs. Cris S. Velasquez |
| ATTYS FOR PLA: | Wes Porter<br>J. Martin Romualdez (USPO) |
| ATTYS FOR DEFT: | Michael Weight |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/20/2005 | TIME: | 11:15 - 11:30 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Cris S. Velasquez present and in custody.

Mr. Weight informed the Court that the defendant is eligible for placement at Po'Ailani, but that no bedspace is currently available.

This hearing is continued to 2/2/06 @ 1:30 p.m.

Court modified the VCCA drug testing general condition as follows:

> That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase up to one valid drug test per day (mandatory condition).

Court also modified the conditions of supervised release by adding the following conditions:

> The defendant shall remain in custody unless and until he is accepted into the Residential dual-diagnosis program at Po'Ailani, at which point he shall be released Immediately to participate in said program until he is clinically discharged.

> That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

Government to prepare the order.

Defendant is remanded to the custody of the USM..


Submitted by: Toni Fujinaga, Courtroom Manager.

G:\docs\crd\velasquez 12 20.wpd