# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 02-00029SOM

CASE NAME:       USA vs. Cris S. Velasquez

ATTYS FOR PLA:   Chris Thomas for Wes Porter
                 M. Martin Romualdez (USPO)

ATTYS FOR DEFT:  Matthew Winter

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/8/2006 | TIME: | 2:30 - 2:35 |

COURT ACTION:   EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Cris S. Velasquez present.

The USPO informed the Court that the Defendant is doing well in his treatment program.

Defendant to continue on supervised release.

Submitted by: Toni Fujinaga, Courtroom Manager.