# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00029SOM |
| CASE NAME: | USA vs. Cris S. Velasquez |
| ATTYS FOR PLA: | Tracy Hino |
| ATTYS FOR DEFT: | Matthew Winter |
| | Robin DeMello (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 11/20/2006 | TIME: | 11:20 - 12:05 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Cris S. Velasquez present and in custody.

Defendant previously admitted to violation no. 1; admits to violation nos. 2 and 3; and denies violation no. 4.

Discussion held re: violation no. 4.

Defendant addressed the Court.

Court finds that there is sufficient evidence to support violations 1 - 3, and the defendant has not met the conditions of supervised release.

Allocution by the defendant.

Court stated a proposed sentence.

Further discussion held re: violation no. 4.

UPSO to submit to the Court more information re: violation no. 4.

This hearing is continued to 12/1/06 @ 9:00 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.