# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 02-00029SOM

CASE NAME:        USA vs.  Cris S. Velasquez

ATTYS FOR PLA:    Tracy Hino
                  J. Martin Romualdez (USPO)

ATTYS FOR DEFT:   Matthew Winter

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     12/1/2006                TIME:        9:10 - 9:55
                                                10:10 - 10:40

---

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Cris S. Velasquez present and in custody.

Discussion held re: Violation No. 4 - Defendant objects to going forward re: Violation No. 4.

However, the Defendant does not object to the Court receiving evidence, as long as it does not rule on his legal objections - objection by the Government.

At this point, the Court will receive the evidence without making a finding.

Government's Witness: Charmaine Gabin CST.

Court also accepted into evidence the proffered testimony of Narda Deguzman and USPO J. Martin Romualdez, with the agreement of AFPD and AUSA.

Discussion held.

Court finds that there is sufficient evidence to support violations 1 - 3, and the defendant has not met the conditions of supervised release.

Court makes no finding as to violation no. 4.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 11 Months.

No supervised release imposed.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.