AO 245D    (Rev. 12/03)  Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2006

at __10__ o'clock and __55__ min __A__ M
_____ CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
### CRIS S. VELASQUEZ
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:    **1:02CR00029-001**
USM Number:       88567-022
### Matthew Winter AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of conditions   _General Condition; Standard Condition Nos. 3 and 7; and Special Condition No. 5_  of the term of supervision.

[ ]    was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **4300**

Defendant's Residence Address:
**Kailua, HI 96734**

Defendant's Mailing Address:
**Kailua, HI 96734**

DECEMBER 1, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

12/04/06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:        1:02CR00029-001                                    Judgment - Page 2 of 3
DEFENDANT:          CRIS S. VELASQUEZ

### ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject failed to follow instructions of the Probation Officr | 9/24/04<br>9/29/04 |
| 2 | Subject failed to abide by the terms imposed by the Court with regard to his treatment and residential status | 11/6/05 |
| 3 | Subject admitted to having used an illegal controlled substance, to wit, cocaine | 11/5/05 |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:        1:02CR00029-001                              Judgment - Page 3  of  3
DEFENDANT:          CRIS S. VELASQUEZ

# IMPRISONMENT

        The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of: ELEVEN (11) MONTHS

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        FDC Honolulu.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____     to  _____

at _____ , with a certified copy of this judgment.


                                            _____
                                                  UNITED STATES MARSHAL


                                    By  _____
                                            Deputy U.S.  Marshal