AO 245B  (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:    1:02CR00029-001  SOM                    Judgment - Page 3 of 3
DEFENDANT:      CRIS S. VELASQUEZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ELEVEN (11) MONTHS

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     FDC Honolulu.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 4 o'clock and 15 min. P M
SUE BEITIA, CLERK

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  21 DEC 2006  to  FEDERAL DETENTION CENTER
                                         P.O. Box 30547
                                         HONOLULU, HI 96820
at _____, with a certified copy of this judgment.

                                         John T. Rathman
                                         UNITED STATES MARSHAL
                                         WARDEN

                                     By  J. Luniu
                                         Deputy U.S. Marshal
                                         Legal Tech